# CRIMINAL DOCKET - U.S. District Court

**CR 89-110W**

Case 5:89-cr-00110-W  Document 44  Filed 06/03/05  Page 1 of 3

THOMPSON, BRUCE TODD

Case Filed: 06 09 89
Docket No.: 89-00110  Def. 01
Felony [X] District

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 18:371 | Consp to commit offenses against the U.S. | Ct 1 | 1 |
| 18:1344 | Bank fraud | Ct 2 | 1 |
| 18:1010 | Make false stmts to HUD | Ct 3 | 1 |

*Closed 11-17-89*

## II. KEY DATE

- INTERVAL ONE — KEY DATE (EARLIEST OF): (blank)
- END ONE / BEGIN TWO — KEY DATE APPLICABLE: 06-07-89 — [X] Felony W/waiver
- KEY DATE: 06-07-89 — [XX] 1st appears on pending charge / R40
- END INTERVAL TWO — KEY DATE APPLICABLE: 06-07-89 — [X] Pled guilty

JS 2 MAILED: 06-31-89
JS 3 MAILED: 11-30-89

## IV. ATTORNEYS

JAMES E. FAGAN, JR.
MICHAEL C. WALLACE, SR.
~~WILLIAM S. PRICE, USA~~
~~KEVIN MATTHEWS - J. GASTON WILLIAMS - AUSA~~
H. Lee Schmidt

~~ROBERT R. NIGH, JR.~~
RANCE G. STEIN

Defense: 2 [X] Ret.

### DFT'S ADDRESS

~~1303 Royal Palm Lane~~
~~Carrollton, Tx  75007~~
~~214/492-4210~~

#10793-064
Camp Box 148
P. O. Box 1500
El Reno, OK  73036

(Wife's address)

2200 Fox
Moore, OK  73160

### ATTY'S ADDRESS

~~P. O. Box 472~~
~~Enid, OK  73702~~
~~405/242-5500~~

(STEIN)
~~911 N. W. 57th St~~
~~OKC  73118~~
405/843-1037

(WALLACE) (FAGAN)
Trial Attorney
Department of Justice
Fraud Section, Criminal Division
P. O. Box 28188, Central Station
Washington, D.C.  20038
202-514-0640

### BAIL / RELEASE

POST-INDICTMENT
AMOUNT SET: $5,000.00
[XX] PSA
Date Set: 06-07-89
Date Bond Made: 06-07-89

| DATE DOCUMENT NO. | Yr | Docket No | Def. | MASTER DOCKET - MULTIPLE DEFENDANT CASE PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |

THOMPSON

Case 5:89-cr-00110-W Document 44 Filed 06/03/05 Page 2 of 3

## V. PROCEEDINGS

| Date | Doc# | Proceeding |
|---|---|---|
| 06-07-89 | 1 | ENTER W/F & ARRAIGNMENT: dft app w/ret cnsl Robert Nigh, Jr.; fully apprized; waives Indict; waives jury; enters plea of GUILTY to 3 ct Info; plea accpt & ref to prob off; bond set at $5,000.00 OR (WEST)ap |
| 06-07-89 | 2 | ENTRY OF APPEARANCE of Robert R. Nigh, Jr as cnsl for dft |
| 06-07-89 | 3 | WAIVER of indictment, by dft |
| 06-07-89 | 4 | WAIVER of rights under 6th Amendment, R.32(a)(1) & Local R.38(H)(1) in re to time of imp of sent, by dft |
| 06-07-89 | 5 | PLEA AGREEMENT |
| 06-07-89 | 6 | PETITION to enter plea of guilty, by dft |
| 06-07-89 | - | INFORMATION |
| 06-07-89 | - | INTRODUCTION(Factual proffer of US in sup of guilty plea) |
| 06-07-89 | 7 | ORDER setting cond of release (HOWLAND)kb |
| 06-07-89 | - | APPEARANCE BOND in amt of $5,000.00 non surety (APPVD-HOWLAND)kb |
| 08-07-89 | 8 | ORDER sent of dft cont until Tues 10-17-89 8:30 am or until further order of the Ct(WEST)rw w/s |
| 09-19-89 | 9 | LETTER to Court requesting delay in disposition of case, fm govt |
| 09-19-89 | 10 | ORDER sentencing of dft continued until 10-31-89 8:30 am or until further order of the court(WEST)rw w/s |
| 10-05-89 | 11 | ORDER upn request of U.S. for good cause shown & as agreed to by dft, sentencing of dft continued until 11-15-89 8:30 am or until further order of the Ct(WEST)rw w/s |
| 11-17-89 | 12 | SENTENCING: dft app w/priv cnsl Gary Payne; stmts made; dft sent to cust for 2 yrs on cts 1 & 2; 1 yr on ct 3 to run consec dft is being sent under 18:4205(b)(2); dft is to pay $150.00 S/A fee; dft to pay $1,798.05 restit (pps) to be pd jointly to HUD & FDIC; exec of sent stayed until 12:00 noon 12-18-89 at which time dfts' ct app bond will be exonerated; Ct recommends conf at El Reno Camp(WEST)jh |
| 11-17-89 | 13 | JUDGMENT IN A CRIMINAL CASE(WEST)(MICRO/NOV-89)jh |
| 12-13-89 | 14 | MOTION for extension of reporting date & brief in support, by plf |
| 12-14-89 | 15 | ORDER reporting date of dft is hereby cont until 03-12-90 or until further order of the Court (WEST)jh w/s |
| 03-07-90 | 16 | MOTION for extension of reporting date and brief in support thereof, by plf |
| 03-08-90 | 17 | ORDER upn request of U.S. for good cause shown and agreed to by dft, the reporting date of dft is hereby continued until 05-14-90 12:00 pm or until further order of the court(WEST)jh w/s |
| 03-16-90 | 18 | ENTRY OF APPEARANCE of Rance G. Stein as cnsl for dft |
| 03-15-90 | 19 | PETITION for reduction or modification of sentence, by dft |
| 03-19-90 | 20 | ENTER ORDER upon due consideration of dft's petition for reduction or modification of sent pur to R 35(b) FRCrP the Court DENIES said petition(WEST)jh w/s |
| 07-24-90 | 21 | TRANSCRIPT of Proceedings had on 11-17-90 bfr Judge West rpt by Maxine Muecke,CSR,CP,CM (405)732-6097  eh |
| 12-11-90 | 22 | MOTION to Correct Sent Pur to Title 18 USC 3568 by dft -w/s -eh |
| 01-07-91 | 23 | GOVERNMENT'S Opposition to Petitioner's Mtn to Correct Sent Pur to 18:3568 -w/s-kk |
| 01-07-91 | 24 | MEMORANDUM of Law in Support of Govt's Opposition to Petitioner's Mtn to Correct Sent Pur to 18;3568 -w/s-kk |
| 01-08-90 | 25 | ENTER ORDER DENYING petitioner's mtn to correct sent pur to 18:3568(WEST)jy w/s |
| 01-17-91 | 26 | OBJECTIONS to govt's response to petitioner's 3568 mtn, by petitioner |

CONTINUED TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U. S. vs   THOMPSON, BRUCE TODD      89-110    01

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 04-15-92 | 27 MOTION for Release by dft -das -w/s | |
| 04-13-92 | 28 MINUTE ORDER: USAtty &/or USPO to address issue of whether this ct has jurisdiction to act upon Mtn for Release & other issues which entities desire to address (WEST)jy -w/s | |
| 05-01-92 | 29 GOVERNMENT'S Opp to Pet's Mtn for Release -w/s -eh | |
| 05-01-92 | 30 MEMORANDUM of Law in Support of Govt's Opp -w/s -eh | |
| 05-04-92 | 31 MINUTE Ord: Petitioner's Mtn for Release is DENIED (WEST)jy-w/s | |
| 10/20/94 | 32 MOTION for vacation of restitution; or in the alternative modification of the restitution order by dft w/s | |
| 10/20/94 | 33 MEMORANDUM OF LAW by dft | |
| 10/24/94 | 34 ENTER ORDER: The govt is directed to respond w/i 20 days to the mtn for vacation of restitution, or in the alternative modification of the restitution order filed 10/20/94 by dft Thompson (WEST) | |
| 11/14/94 | 35 ATTORNEY APPEARANCE by Michael C. Wallace, Sr for plf | |
| 11/14/94 | 36 GOVT'S REQUEST for an ext of time to file response w/s | |
| 11/17/94 | 37 ORDER grtg govt's request for an ext of time to file response on or before 11/23/94 (WEST) | |
| 11/23/94 | 38 RESPONSE to mtn for vacation of restitution, or in the alternative, modification of the restitution order by plf w/s | |
| 11/23/94 | 39 ATTORNEY APPEARANCE by H. Lee Schmidt for plf | |
| 11/23/94 | 40 ATTORNEY APPEARANCE by James E. Fagan, Jr. for plf | |
| 11/30/94 | 41 ANWSER to govt's response to mtn for vacation of sentence or modification of the restitution order by dft | |
| 12/14/94 | 42 REPLY to Government's Response | |
| 1/11/95 | 43 ORDER the Ct finds under the circumstances neither vacatur of its order of restituion nor modification of the order and/or the dft's monthly payments is appropriate or proper and hereby denies dft Thompson's mtn for vacation of restitution or in the alternative modification of the restitution order filed on 10/20/94 (WEST) | |